IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:17-CV-550-D

| | |
|---|---|
| CDI CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>HCL AMERICA INC.,<br><br>Defendant. | **ORDER GRANTING HCL AMERICA INC.'S MOTION TO SEAL EXHIBITS TO MEMORANDUM IN SUPPORT OF MOTION FOR PROTECTIVE ORDER** |

Before the Court is Defendant's Motion to Seal Exhibits E and F to the Memorandum in Support of Motion for Protective Order [DE-54 and DE-55] . For the reasons stated in the Motion, the Court finds good cause to grant Defendant's Motion to Seal.

SO ORDERED, this 14 day of ~~December 2018.~~ January 2019.

_____
JAMES C. DEVER III
United States District Judge