UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:17-cv-550-D

| | |
|---|---|
| CDI CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| HCL AMERICA, INC., | ) ) ) |
| Defendant. | ) ) |

**ORDER GRANTING MOTION FOR LEAVE TO FILE EXHIBITS TO CDI CORPORATION'S BRIEF IN RESPONSE TO MOTION FOR PROTECTIVE ORDER UNDER SEAL**

For good cause shown, and pursuant to Local Civil Rules 7.1 and 79.2, plaintiff CDI Corporation's Motion for Leave to File Exhibits to CDI Corporation's Brief in Response to Motion for Protective Order Under Seal is granted.

Accordingly, IT IS HEREBY ORDERED that exhibits G, H, I, M, N, O, P, Q, R, S, T, and U to CDI Corporation's Brief in Response to Motion for Protective Order shall be filed UNDER SEAL.

SO ORDERED. This 14 day of ~~December 2018.~~ January 2019

JAMES C. DEVER III
United States District Judge